# UNITED STATES COURT
# WESTREN DISTICT OF WASHINGTON

IN RE:

CARLLENE M. PLACIDE

    Plaintiff.

Washington State Bar Association and Washington State Supreme Court

    Defendants.

Case File No. 2:17-CV-00851

Washington State Bar No. 28824

**COMPLAINT**

COMES NOW, Attorney Carllene M. Placide, Pro Se, under FRAP 3, Appeal As of Right, in the above named case, hereby appeals to the United States Court, Western District of Washington from the final Order Granting Petition for Suspension Pursuant to ELC 7.2(a)(2) and Amended Order As to the Effective Date of Interim Suspension issued by the Supreme Court of Washington on May 26, 2017.  This appeal is based on the Washington State Bar Association actions, and the Washington Supreme Court's ruling violation of Carllene M. Placide's United States Constitutional Rights by granting and enforcing "Interim Suspension" pursuant to the Washington

Enforcement of Lawyer Conduct (ELC) Rule. A copy of the Washington Supreme Court Order and Amended Order are attached.

Dated: June 1, 2017.

Carllene M. Placide, WSBA No. 28824
Pro Se
411 University Street, Suite 1200
Seattle, WA 98101
Telephone: (206) 456-7960
Facsimile: (206) 467-0212
placide@placidelaw.com

## INDEX TO ATTACHMENTS/ADDENDUM

| Description | Page |
| --- | --- |
| AMENDED ORDER AS TO THE EFFECTIVE DATE OF INTERIUM SUPENSION dated May 26, 2017 | A-1 |
| ORDER GRANTING PETITION FOR SUSPENSION PURSUANT TO ELC 7.2(a)(2) dated May 26, 2017 | A-2 |

## CERTIFICATE OF SERVICE

I, Carllene M. Placide, Pro Se, hereby certify that on June 1, 2017, I served, by Electronic and USPS First Class Mail, postage prepaid, one copy of the Complaint (including all attachments) upon each of the following persons:

Chief Justice Mary E. Fairhurst
Washington State Supreme Court
P.O. Box 40929U.S. Department of Justice
Olympia, WA 98504-0929
supreme@courts.wa.gov

Scott Busby
Washington State Bar Association
1325 4th Avenue, Suite 600
Seattle, WA 98101-2539


Carllene M. Placide, WSBA No. 28824
Pro Se
411 University Street, Suite 1200
Seattle, WA 98101
Telephone: (206) 456-7960
Facsimile: (206) 467-0212
placide@placidelaw.com

# THE SUPREME COURT OF WASHINGTON

IN RE:

CARLLENE M. PLACIDE,

ATTORNEY AT LAW.

BAR NO. 28824

Supreme Court No. 201,630-8

AMENDED ORDER AS TO THE EFFECTIVE DATE OF INTERIM SUSPENSION

FILED
MAY 26 2017
WASHINGTON STATE
SUPREME COURT

On May 26, 2017, an Order Granting Petition for Suspension Pursuant to ELC 7.2(a)(2) was entered. The interim suspension was effective immediately. On May 26, 2017, Counsel for Ms. Placide requested that the suspension be modified to allow for the seven-day period in ELC 13.2. The Washington State Bar Association (WSBA) filed a letter indicating they did not object to the request for the suspension to become effective seven days from the date of the order. After consideration of the request, the Court, by majority, agreed to the following order. Now, therefore, it is hereby

ORDERED:

The order granting the WSBA's Petition for Interim Suspension is amended to provide that the suspension is effective seven days from the date of the order.

DATED at Olympia, Washington, this 26th day of May, 2017.

For the Court

*Fairhurst, CJ.*
CHIEF JUSTICE

A-1

# THE SUPREME COURT OF WASHINGTON

IN RE:

CARLLENE M. PLACIDE,

ATTORNEY AT LAW.

BAR NO. 28824

Supreme Court No. 201,630-8

ORDER GRANTING PETITION
FOR SUSPENSION PURSUANT
TO ELC 7.2(a)(2)

FILED
MAY 26 2017
WASHINGTON
SUPREME COURT

The Washington State Bar Association (WSBA) filed a Petition for Interim Suspension pursuant to ELC 7.2(a)(2) in the above entitled matter. An Order to Show Cause was thereafter entered by the Court directing Carllene M. Placide to appear before the Court on May 25, 2017, to show cause why the petition should not be granted. On March 22, 2017, Ms. Placide indicated her intent to appear at the hearing and on May 11, 2017, she filed an answer to the petition. On May 25, 2017, the Court unanimously determined that the petition should be granted. Now, therefore, it is hereby

ORDERED:

The WSBA's Petition for Interim Suspension is granted pursuant to ELC 7.2(a)(2). Carllene M. Placide is suspended from the practice of law effective immediately.

DATED at Olympia, Washington, this 26th day of May, 2017.

For the Court

Fairhurst. CJ.
CHIEF JUSTICE

A-2