UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLLENE M. PLACIDE,

        Plaintiff,

    v.

WASHINGTON STATE BAR
ASSOCIATION and WASHINGTON
STATE SUPREME COURT,

        Defendants.

No. C17-0851RSL

ORDER OF DISMISSAL

On June 8, 2017, plaintiff was directed to show cause why the above-captioned matter should not be dismissed for failure to articulate a viable constitutional claim and the type of "extraordinary circumstances" that would justify interfering in an on-going state proceeding. Dkt. # 9. No response or amended complaint having been filed, this case is hereby DISMISSED under Younger v. Harris, 401 U.S. 37 (1971).

Dated this 27th day of June, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL